1  PHILLIP A. TALBERT
   United States Attorney
2  VERONICA M.A. ALEGRÍA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

                    IN THE UNITED STATES DISTRICT COURT
8
                      EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,              CASE NOS.  2:22-CR-0118-TLN;
                                                     2:23-CR-0236-TLN
11                          Plaintiff,
                                          STIPULATION CONTINUING SENTENCING
12                  v.                    HEARING; ORDER

13 DENNIS MOORE and                       CURRENT DATE: June 6, 2024
   KENDRA DENNAOUI,                       DATE: September 19, 2024
14                                        TIME: 9:30 a.m.
                            Defendants.   COURT: Hon. Troy L. Nunley
15

16

17                               **STIPULATION**

18      1.      Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-

19 CR-0118-TLN).

20      2.      Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No.

21 2:23-CR-0236-TLN).

22      3.      By previous order, defendants' sentencing hearing was set for June 6, 2024.

23      4.      The parties have not yet received the Draft Presentence Report ("PSR") from the

24 Probation Office for either defendant, which was due on April 25, 2024.

25      5.      The Probation Officer has not yet scheduled an interview with Defendant DENNAOUI,

26 but has indicated that the Officer will be available to schedule the interview in June.

27      6.      Additionally, counsel for defendants desire additional time to consult with their clients,

28 conduct legal research, and devise sentencing arguments.

   STIPULATION CONTINUING SENTENCING HEARING          1

1    7.    By this stipulation, the parties now move to continue the sentencing hearing until

2 September 19, 2024, and to set the following sentencing schedule:

3         a)    Draft PSR Disclosed:  August 8, 2024

4         b)    Informal Objections Due:  August 22, 2024

5         c)    Final PSR Disclosed:  August 29, 2024

6         d)    Motions for Correction:  September 5, 2024

7         e)    Reply Due:  September 12, 2024

8         f)    Sentencing Date:  September 19, 2024

9    IT IS SO STIPULATED.

10

11 Dated: May 20, 2024                          PHILLIP A. TALBERT
                                             United States Attorney

12

13                                           /s/ *Veronica M.A. Alegría*
                                             VERONICA M.A. ALEGRÍA
                                             Assistant United States Attorney

14

15

16 Dated: May 20, 2024                          /s/ *Christina Sinha*
                                             CHRISTINA SINHA
                                             Assistant Federal Defender
17                                           Counsel for Defendant
                                             DENNIS MOORE
18

19

20 Dated: May 20, 2024                          /s/ *Randy Sue Pollock*
                                             RANDY SUE POLLOCK
21                                           Counsel for Defendant
                                             KENDRA DENNAOUI
22

23

24

25

26

27

28

STIPULATION CONTINUING SENTENCING HEARING                   2

1

**ORDER**

2     IT IS SO FOUND AND ORDERED this 20th day of May, 2024.

3

4

5                                                  _____
                                                   Troy L. Nunley
6                                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1