MICHELE BECKWITH
Acting United States Attorney
VERONICA M.A. ALEGRÍA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DENNIS MOORE and<br>KENDRA DENNAOUI,<br><br>Defendants. | CASE NOS.  2:22-CR-0118-TLN;<br>            2:23-CR-0236-TLN<br><br>STIPULATION CONTINUING SENTENCING HEARING; ORDER<br><br>CURRENT DATE: March 20, 2025<br>DATE: October 9, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

1. Defendant MOORE pleaded guilty to an information on July 28, 2022 (Case No. 2:22-CR-0118-TLN).

2. Defendant DENNAOUI pleaded guilty to an information on October 5, 2023 (Case No. 2:23-CR-0236-TLN).

3. By previous order, defendants' sentencing hearing was set for March 20, 2025.

4. The defendants have each recently received new counsel:

    a) On March 14, 2024, Randy Sue Pollock became the new counsel for defendant DENNAOUI.

    b) On July 19, 2024, Tamara Crepet became the new counsel for defendant MOORE.

5. The Probation Officer has not yet had an interview with either defendant.

STIPULATION CONTINUING SENTENCING HEARING        1

6. Counsel for defendants desire additional time to consult with their clients, conduct legal research, devise sentencing arguments, and seek additional discovery related to the victims' loan applications.

7. Additionally, defense counsel for defendant MOORE has a trial starting July 28, 2025, that is estimated to continue through September.

8. By this stipulation, the parties now move to continue the sentencing hearing until October 9, 2025, and to set the following sentencing schedule:

    a) Draft PSR Disclosed: August 28, 2025

    b) Informal Objections Due: September 11, 2025

    c) Final PSR Disclosed: September 18, 2025

    d) Motions for Correction: September 25, 2025

    e) Reply Due: October 2, 2025

    f) Sentencing Date: **October 9, 2025, at 9:30 a.m.**

IT IS SO STIPULATED.

Dated: March 6, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ *Veronica M.A. Alegría*
VERONICA M.A. ALEGRÍA
Assistant United States Attorney

Dated: March 6, 2025

/s/ *Tamara Crepet*
TAMARA CREPET
Counsel for Defendant
DENNIS MOORE

Dated: March 6, 2025

/s/ *Randy Sue Pollock*
RANDY SUE POLLOCK
Counsel for Defendant
KENDRA DENNAOUI

STIPULATION CONTINUING SENTENCING HEARING      2

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of March 2025.

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1