1  TAMARA A. CREPET, Bar No. 277408
2  Pier 9, Suite 100
   San Francisco, CA 94111
3  Telephone:   415-517-3496
   Email:       Tamara@taclaw.org
4
5  Counsel for Defendant MOORE

6
7                     UNITED STATES DISTRICT COURT
8                    EASTERN DISTRICT OF CALIFORNIA
9                         SACRAMEMNTO DIVISION
10

11 UNITED STATES OF AMERICA,              No. 2:22-CR-118 TLN

12               Plaintiff,               STIPULATION AND ORDER TO VACATE
        v.                                SENTENCING HEARING AND TO SET
13                                        STATUS HEARING
   DENNIS MOORE,
14
                 Defendant.
15

16

17        Defendant Dennis Moore, and the Government, by and through their respective counsel,
18 stipulate and agree, with the Court's approval, that the sentencing hearing currently set for
19 October 9, 2025, at 9:30 a.m. maybe vacated and a status conference may be set for November
20 6, 2025, at 9:30 a.m. The reason for the request is because the parties are evaluating recently
21 discovered facts developed through defense investigation that will bear on the direction of the
22 case. In addition, the defense continues to investigate based on the facts uncovered through its
23 investigation thus far, and this investigation may also bear on the direction of the case.

24 //
25 //
26 //
27 //
28 //

STIPULATION AND ORDER
  22-CR-118 – United States v. Dennis Moore

IT IS SO STIPULATED.

Dated: October 2, 2025

                                                        _____/s/_____
                                                        Tamara Crepet
                                                        Counsel for Defendant Moore

Dated: October 2, 2025                             Eric Grant
                                                        United States Attorney
                                                        _____/s/_____
                                                        Veronica Alegria
                                                        Assistant United States Attorney

## **ORDER**

      Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Moore's sentencing hearings set for October 9, 2025, at 9:30 a.m. be vacated and that status conferences be set for defendant Moore on November 6, 2025, at 9:30 a.m.

      IT IS SO ORDERED.

DATED: October 6, 2025

                                         _____
                                         TROY L. NUNLEY
                                         CHIEF UNITED STATES DISTRICT JUDGE