TAMARA CREPET, Bar No. 277408
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: 415-517-3496
Email: tamara@taclaw.org

Counsel for Defendant MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>  v.<br><br>DENNIS MOORE<br><br>        Defendant. | No. 22-CR-118 TLN<br><br>WAIVER OF APPEARANCE UNDER FEDERAL RULE OF CRIMINAL PROCEDURE 43; ORDER |

      Defendant Dennis Moore hereby waives his right to be personally present in open court for the hearing of any status conference, motion or other proceeding in this case, except that he will be personally present for any plea, sentencing, jury trial, or any other proceeding in which the Court orders him to appear.

      Mr. Moore hereby requests the Court to proceed in his absence. Mr. Moore agrees that his interests will be deemed represented by the presence of his undersigned attorney, the same as if he were personally present. Mr. Moore further agrees to be present in court ready for trial on any date set by the Court in his absence.

      Mr. Moore further acknowledges that he has been informed of his rights under the Speedy Trial Act, Title 18 U.S.C.§ 3161, and that he has authorized his undersigned attorney to set times for hearings and to agree to delays under the provisions of the Speedy Trial Act without being present.

//

Dated: October 31, 2025

_____/s/_____
Tamara Crepet
Counsel for Defendant Moore

**SO ORDERED.**

Dated: October 31, 2025

_____
Troy L. Nunley
Chief United States District Judge