TAMARA A. CREPET, Bar No. 277408
Pier 9, Suite 100
San Francisco, CA 94111
Telephone:     415-517-3496
Email:          Tamara@taclaw.org

Counsel for Defendant MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　v.<br><br>DENNIS MOORE,<br><br>　　　　　Defendant. | No. 2:22-CR- 118 TLN<br><br>STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE |

     On November 6, 2025, the Court set a briefing schedule on Defendant Moore's Motion to Withdraw Plea. ECF 42. The schedule contemplated a hearing on the motion on January 8, 2026 which was subsequently moved to January 15, 2026. ECF 44. In light of the additional time and the holidays, defendant Dennis Moore, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that Defendant Moore's reply, which was due on January 2, 2026, may be filed on January 9, 2026.

//
//
//
//
//

STIPULATION AND ORDER
  22-CR-118 – *United States v. Dennis Moore*

IT IS SO STIPULATED.

Dated: December 31, 2025

/s/ *Tamara Crepet*
Tamara Crepet
Counsel for Defendant Moore

Dated: December 31, 2025

Eric Grant
United States Attorney
/s/ *Veronica Alegria*
Veronica Alegria
Assistant United States Attorney

## **ORDER**

Upon agreement and stipulation of the defendant, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Moore's Reply may be filed on January 9, 2026.

IT IS SO ORDERED.

DATED: December 31, 2025

_____
Troy L. Nunley
Chief United States District Judge