TAMARA CREPET, Bar No. 277403
Pier 9, suíte 100
San Francisco, CA 94111
Telephone: 415-517-3496
Email: tamara@taclaw.org

Counsel for Defendants MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>DENNIS MOORE<br><br>    Defendants. | No. 2:22-CR-118 TLN<br><br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

Defendant Dennis Moore, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for April 30, 2026 at 9:30 a.m. may be continued to May 21, 2026 at 9:30 a.m. The reason for the continuance is that the parties are gathering data relevant to loss and restitution that will bear significantly on the case.

The parties have conferred with Probation and they are available on May 21, 2026 and have no objection to this date.

The new deadlines attendant to the sentencing will be:

**Informal objections to the PSR:**          **Thursday, April 23**

**Final PSR submitted to Court**:          **Thursday, April 30**

**Formal objections filed**:          **Thursday, May 7**

**Sentencing memoranda**:          **Thursday, May 15**

STIPULATION AND ORDER
 22-CR-118 – United States v. Dennis Moore

IT IS SO STIPULATED.


Dated: March 27, 2026                    _/s/ Tamara Crepet_____
                                         Tamara Crepet
                                         Counsel for Defendant Moore


Dated: March 27, 2026                    Eric Grant
                                         United States Attorney
                                         _____/s/_____
                                         Veronica Alegria
                                         Assistant United States Attorney


## **ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for April 30, 2026, at 9:30 a.m. be continued to May 21, 2026, at 9:30 a.m.

IT IS SO ORDERED.


DATED: April 21, 2026

_____
Troy L. Nunley
Chief United States District Judge


STIPULATION AND ORDER
 22-CR-118 – United States v. Dennis Moore