TAMARA CREPET, Bar No. 277403
Pier 9, Suite 100
San Francisco, CA 94111
Telephone: 415-517-3496
Email: tamara@taclaw.org

Counsel for Defendants MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DENNIS MOORE<br><br>Defendants. | No. 2:22-CR-118 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

Defendant Dennis Moore, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for July 16, 2026 at 9:30 a.m. may be continued to July 30, 2026 at 9:30 a.m. The reason for the continuance is that the PSR was not filed until July 1, 2026 which did not leave counsel sufficient time to file the formal objections.

The parties have conferred with Probation and they are available on July 30, 2026 and have no objection to this date.

The new deadlines attendant to the sentencing will be:

| | |
|---|---|
| **Formal objections filed:** | **Thursday, July 16** |
| **Reply filed**: | **Thursday, July 23** |
| **Sentencing Memorandum filed:** | **Thursday, July 23** |

IT IS SO STIPULATED.

Dated: July 13, 2026

_/s/ Tamara Crepet__________
Tamara Crepet
Counsel for Defendant Moore

Dated: July 13, 2026

Eric Grant
United States Attorney
__________/s/________________
Veronica Alegria
Assistant United States Attorney

**ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for July 16, 2026, at 9:30 a.m. be continued to July 30, 2026, at 9:30 a.m.

IT IS SO ORDERED.

DATED: July 13, 2026

Troy L. Nunley
Chief United States District Judge