TAMARA CREPET, Bar No. 277403
Pier 9, suite 100
San Francisco, CA 94111
Telephone: 415-517-3496
Email: tamara@taclaw.org

Counsel for Defendants MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>DENNIS MOORE<br><br>Defendant. | No. 2:22-CR-118 TLN<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

Defendant Dennis Moore, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for July 30, 2026 at 9:30 a.m. may be continued to September 24, 2026 at 9:30 a.m. The reason for the continuance is that Kendra Dennaoui, 23-CR-0236, is unable to be physically present in Court until September 24 due to a health issue. The parties expect both sentencings to have significant overlap, such that it makes sense to hear both on the same day.

The parties have conferred with Probation and they are available on September 24, 2026 and have no objection to this date.

The new deadlines attendant to the sentencing will be:

**Government's Reply filed**: **Thursday, September 3**

**Sentencing Memorandum filed:** **Thursday, September 10**

IT IS SO STIPULATED.

Dated: July 27, 2026

_/s/ *Tamara Crepet*__________
Tamara Crepet
Counsel for Defendant Moore

Dated: July 27, 2026

Eric Grant
United States Attorney
__________/s/________________
Veronica Alegria
Assistant United States Attorney

**ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for July 30, 2026 at 9:30 a.m. be continued to September 24, 2026 at 9:30 a.m.

IT IS SO ORDERED.

DATED: July 28, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE