TAMARA CREPET, Bar No. 277403
Pier 9, suite 100
San Francisco, CA 94111
Telephone: 415-517-3496
Email: tamara@taclaw.org

Counsel for Defendants MOORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMEMNTO DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DENNIS MOORE

Defendant.

No. 2:22-CR-118 TLN

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

Defendant Dennis Moore, and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the sentencing hearing currently set for September 24, 2026 at 9:30 a.m. may be continued to October 1, 2026 at 9:30 a.m. The reason for the continuance is that undersigned counsel will be unavailable on September 24, 2026, due to medical reasons.

The parties have conferred with Probation and they are available on October 1, 2026 and have no objection to this date.

//

//

//

//

//

IT IS SO STIPULATED.

Dated: August 26, 2026

_/s/ Tamara Crepet__________
Tamara Crepet
Counsel for Defendant Moore

Dated: August 26, 2026

Eric Grant
United States Attorney
__________/s/________________
Veronica Alegria
Assistant United States Attorney

**ORDER**

Upon agreement and stipulation of the defendants, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that the sentencing hearing currently set for September 24, 2026, at 9:30 a.m. be continued to October 1, 2026, at 9:30 a.m.

IT IS SO ORDERED.

DATED: August 26, 2026

_______________________________
Troy L. Nunley
Chief United States District Judge