IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DENNIS MOORE,<br>Defendant. | **Case No.:** 2:22–cr-118 TLN<br>**ORDER FILING UNDER SEAL** |

For good cause shown, and for the reasons set forth in the Administrative Declaration of Counsel and Request to Seal, IT IS HEREBY ORDERED that: (1) Exhibits D through I to the Declaration of Tamara Crepet in Support of Defendant Moore's Sentencing Memorandum shall be filed under seal; and (2) the portions of Defendant Moore's Sentencing Memorandum containing sensitive personal information shall be redacted from the publicly filed version, and the unredacted Sentencing Memorandum shall be filed under seal.

IT IS SO ORDERED

DATED: September 18, 2026

Troy L. Nunley
Chief United States District Judge