IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DENNIS MOORE,<br>Defendant. | Case No.: 2:22-CR–118 TLN<br><br>**ORDER FILING UNDER SEAL** |

For good cause shown, and for the reasons set forth in the Administrative Declaration of Counsel and Request to Seal, IT IS HEREBY ORDERED that Exhibits A through C to the Declaration of Tamara Crepet in Support of Defendant Moore's Opposed Motion to Continue shall be filed under seal.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Troy L. Nunley
Chief United States District Judge